PROB 12C
(7/93)
Case 2:97-cr-00474-JLL   Document 299   Filed 11/21/06   Page 2 of 3 PageID: 27

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramon Colon                                   Cr.: 97-00474-011

Name of Sentencing Judicial Officer: Honorable Maryanne Trump Barry

Date of Original Sentence: 09/16/1998

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine

Original Sentence: 108 months imprisonment, followed by 3 years supervised release. Special Condition: Drug Treatment. Fine $2,000

Type of Supervision: Supervised Release                         Date Supervision Commenced: 07/05/05

Assistant U.S. Attorney: Carolyn Murray, Esq.                   Defense Attorney: Richard Roberts, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On October 16, 2006, the Irvington Police Department arrested Colon and charged him with loitering with intent, a misdemeanor violation of N.J.S.A. 2C:33-2.1B. |
| 2 | The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substance, except as prescribed by a physician.'** |
| | The probation office received information from the United States Marshal's Service that on Thursday, November 16, 2006, the offender conspired with another individual to purchase, possess and/or distribute 60 grams of cocaine. An arrest, alleging new federal drug charges, is eminent. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 11/20/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-21-06
Date

Case 2:97-cr-00474-JLL   Document 299   Filed 11/21/06   Page 3 of 3 PageID: 28